## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **MICHAEL LAMENSDORF and KATHY LAMENSDORF, Individually As Parents of JOHN HUNT LAMENSDORF, Deceased, and As Personal Representative(s) of the Estate Of JOHN HUNT LAMENSDORF, Deceased,** | ) ) ) ) ) ) ) | **CIVIL ACTION FILE** **NO. 5:09-CV-0424** |
| **Plaintiffs,** | ) ) ) | |
| **vs.** | ) ) ) | |
| **NEW YORK UNIVERSITY, EZRA M. SACKS, STEPHEN MICHAEL SIMON, ANDREW WHITE, ANDRES CARDONA, RACHEL FUNG, JASON WELIN, PEN PALS PRODUCTIONS, LLC, STEPHEN ROBERT SIMON, and NES RENTALS HOLDINGS, INC.** | ) ) ) ) ) ) ) ) | |
| **Defendant.** | ) | |

## STIPULATION EXTENDING TIME FOR
## DEFENDANT NES RENTALS HOLDINGS, INC. TO
## ANSWER PLAINTIFFS' AMENDED COMPLAINT

The Plaintiffs and Defendant NES Rentals Holdings, Inc. in the above styled lawsuit consent and agree that Defendant NES Rentals Holdings, Inc. shall have until February 8, 2010 to answer or otherwise plead in response to Plaintiffs' Amended Complaint.

This 1st day of February, 2010.

**CONSENTED TO BY:**

THORNTON LAW FIRM, P.C.

/s/ Steven R. Thornton (w/ express permission)
Steven R. Thornton
Georgia Bar No. 710630
Two Ravinia Drive
Suite 500
Atlanta, Georgia 30346
*Attorneys for Plaintiffs*

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

/s/ Lindsay M. Gatling
David A. Dial
ddial@wwhgd.com
Georgia Bar No. 220329
Lindsay M. Gatling
lgatling@wwhgd.com
Georgia Bar No. 140970
950 East Paces Ferry Road
Suite 3000
Atlanta, GA 30326
*Attorneys for Defendant NES Rentals*
*Holdings, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification to the following attorneys of record:

Steven Randall Thornton
Thornton Law Firm, P.C.
Two Ravinia Drive, Suite 500
Atlanta, GA 30346

Martin A. Rosen
MARTIN A. ROSEN, P.A.
P.O. Box 3069
Placida, Florida 33946

Douglas Lee Clayton
Stephen L. Cotter
Francisco Xavier Balderas
Swift Currie McGhee & Hiers LLP
1355 Peachtree Street, N.E., Suite 300
Atlanta, GA 30309-3238

This 1st day of February, 2010.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

\s\ Lindsay M. Gatling
David A. Dial
ddial@wwhgd.com
Georgia Bar No. 220329
Lindsay M. Gatling
lgatling@wwhgd.com
Georgia Bar No. 140970
*Attorneys for Defendant NES Rentals
Holdings, Inc.*

Suite 3000
950 East Paces Ferry Road
Atlanta, Georgia 30326