AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:09-CV-00424-HL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* NES RENTALS HOLDINGS, INC
was received by me on *(date)* 1/12/10

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* DEB SEALAND (PROCESS AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* NES RENTALS HOLDINGS, INC
C/O NATIONAL REGISTERED AGENTS 160 GREENTREE DR. DOVER, DE   on *(date)* 1/12/10, or

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 1/12/10

*Server's signature*

GRANVILLE MORRIS
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

ALSO SERVED: AMENDED COMPLAINT