# SCRUDDER, BASS, QUILLIAN, HORLOCK, TAYLOR & LAZARUS LLP

ATTORNEYS AT LAW
900 CIRCLE 75 PARKWAY
SUITE 850
ATLANTA, GEORGIA 30339-3053

HENRY E. SCRUDDER, JR.
GLENN S. BASS
ALFRED A. QUILLIAN, JR.
WILLIAM W. HORLOCK, JR.
JANE C. TAYLOR
MATTHEW P. LAZARUS
CHIAKA U. ADELE
KEITH WHITESIDES

TEL NO. (770) 612-9200
FAX NO. (770) 612-9201
www.scrudderbass.com

*gbass@scrudderbass.com*

May 28, 2010

TEDDY L. SUTHERLAND
KANKINDI RWEGO
TAWANA B. JOHNSON
TRISHA L. GODSEY
RODNEY HOOD
JASON HERGENROETHER
LERVETTE J. BLAIR

*Of Counsel*
PATRICIA M. ANAGNOSTAKIS
COLLEEN P. O'NEILL

**Via Electronic Filing**

Ms. Cheryl Alston
United States District Court for
the Middle District of Georgia
Macon Division
475 Mulberry Street
Macon, Georgia   31202

> Re:   Michael Lamensdorf, et al. v. Pen Pals Productions, LLC, et al.
>        United States District Court for the Middle District of Georgia
>        Civil Action No. 5:09-CV-424-HL

Dear Ms. Alston:

This firm and the undersigned represent defendants Jason Welin, Pen Pals Productions, LLC and Stephen Robert Simon. Pursuant to Local Rule 6.2, and with consent of the movant, we hereby request an extension of time in which to respond to the motion to stay filed on behalf of North American Specialty Insurance Company in this case. This is the first request for extension. Our response to that motion is currently due on or before June 3, 2010. We hereby request a fourteen (14) day extension, thus making our response due on or before June 17, 2010. We understand that this is the proper procedure for requesting such an extension.

Ms. Cheryl Alston
May 28, 2010
Page 2

_____

      Thank you for your consideration of this matter.  Please feel free to contact us should there be any questions or should any thing else be required in order to secure this extension.

                        Very truly yours,

                        Glenn S. Bass

GSB/dh
cc:     Martin A. Rosen, Esq.
        Steven R. Thornton, Esq.
        Matthew G. Moffett, Esq.
        Wayne S. Melnick, Esq.
        David A. Dial, Esq.
        Lindsay M. Gatling, Esq.
        Roy E. Paul, Esq.
        Phillip W. Savrin, Esq.
        Joshua B. Portnoy, Esq.