IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MICHAEL LAMENSDORF and KATHY LAMENSDORF, Individually as Parents of JOHN HUNT LAMENSDORF, Deceased, and as Personal Representative(s) of the Estate of JOHN HUNT LAMENSDORF, Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> JASON WELIN, PEN PALS PRODUCTIONS, LLC, and NES EQUIPMENT SERVICES CORPORATION, <br><br> Defendants. <br><br> NES EQUIPMENT SERVICES CORPORATION, <br><br> Crossclaim Plaintiff, <br><br> v. <br><br> PEN PALS PRODUCTIONS, LLC, <br><br> Crossclaim Defendant. | CIVIL ACTION NO. 5:09-CV-424-MTT |

## **ORDER**

This matter is before the Court on Defendant/Crossclaim Defendant Pen Pals Productions, LLC's Motion for Discovery (Doc. 145). In the Motion, Pen Pals seeks to reopen discovery for a limited time to allow Pen Pals to conduct written discovery concerning the Crossclaim asserted against it by NES Equipment Services Corporation.

The Motion is **GRANTED**. Discovery will be reopened for sixty (60) days from the date of this order to allow Pen Pals to serve **written discovery** upon NES. This discovery period will have no effect on the dispositive motion briefing schedule set forth by the Court or the hearing date set for April 21, 2011.

**SO ORDERED,** this 9th day of March, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT