IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MICHAEL LAMENSDORF and KATHY LAMENSDORF, Individually as Parents of JOHN HUNT LAMENSDORF, Deceased, and as Personal Representative(s) of the Estate of JOHN HUNT LAMENSDORF, Deceased, <br><br>    Plaintiffs, <br><br>v. <br><br>JASON WELIN and PEN PALS PRODUCTIONS, LLC, <br><br>    Defendants. <br><br>NES EQUIPMENT SERVICES CORPORATION, <br><br>    Crossclaim Plaintiff, <br><br>v. <br><br>PEN PALS PRODUCTIONS, LLC, <br><br>    Crossclaim Defendant. | CIVIL ACTION NO. 5:09-CV-424 (MTT) |

## ORDER

On May 17, 2011, the Court entered its Order denying motions for summary judgment filed by Crossclaim Defendant Pen Pals Productions, LLC and by Crossclaim Plaintiff NES Equipment Services Corporation. (Doc. 178). In its Order, the Court ruled that issues of fact regarding whether Steven Michael Simon rented an aerial lift in his

individual capacity or as an agent of Pen Pals precluded the entry of summary judgment in favor of either party to NES' crossclaim.

On July 19, 2011, NES filed a "renewed" motion for partial summary judgment on its crossclaim. (Doc. 184). NES offers no explanation for filing a motion long after the deadline for filing dispositive motions. Although NES' renewed motion makes no argument not made or which could have been made in its first motion for summary judgment, perhaps NES intended its renewed motion to be a request for the Court to reconsider its Order denying NES' first motion. However, the renewed motion makes no effort to comply with Local Rule 7.6, which covers motions for reconsideration.

Accordingly, the Court deems NES' renewed motion for partial summary judgment to be a request that the Court reconsider its May 17, 2011, Order denying NES' previous motion for summary judgment. Because NES has not complied with Local Rule 7.6, NES' motion is **DENIED.**

SO ORDERED, this 1st day of August, 2011.

> S/ Marc T. Treadwell
> MARC T. TREADWELL, JUDGE
> UNITED STATES DISTRICT COURT