IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MICHAEL LAMENSDORF and KATHY LAMENSDORF, Individually as Parents of JOHN HUNT LAMENSDORF, Deceased, and as Personal Representative(s) of the Estate of JOHN HUNT LAMENSDORF, Deceased, <br><br>    Plaintiffs, <br><br>    v. <br><br>JASON WELIN and PEN PALS PRODUCTIONS, LLC, <br><br>    Defendants. <br><br>NES EQUIPMENT SERVICES CORPORATION, <br><br>    Crossclaim Plaintiff, <br><br>    v. <br><br>PEN PALS PRODUCTIONS, LLC, <br><br>    Crossclaim Defendant. | CIVIL ACTION NO. 5:09-CV-424 (MTT) |

## ORDER

This matter is before the Court on non-party North American Specialty Insurance Company's motion to intervene for the limited purpose of ensuring that the jury, in its verdict, answers specific interrogatories that will assist the Court and parties in resolving potential insurance coverage issues. (Doc. 189). North American is Pen Pals Productions, LLC's insurer and is defending the crossclaim asserted by NES Equipment

Services Corporation against Pen Pals Productions, LLC under a reservation of rights. At the pretrial conference held September 8, 2011, the Court and the parties all agreed that North American should be allowed to intervene for this limited purpose. Accordingly, the motion is **GRANTED**, and North American is hereby **ordered** to confer with the parties to this action and draft and submit to the Court no later than September 14, 2011, the special interrogatories it believes fairly represent the interests of all parties.

**SO ORDERED,** this 9th day of September, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

wtm